# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EDWARD JOSEPH, JR.

vs.                                    NO. 3:08CV00137 SWW

NATIONAL HEALTHCARE OF NEWPORT, INC.
aka Harris Hospital

**ORDER**

Before the Court is the defendant's motion for a continuance of the trial [doc #7] in the above matter previously scheduled for July 20, 2009. The motion states that the plaintiff has no objection to the continuance. The Court finds that, for good cause shown, the motion should be, and it hereby is, **granted**.

The trial of this matter is rescheduled for trial to a jury during the week beginning ***MONDAY, OCTOBER 19, 2009,*** commencing at ***1:30 p.m.***, ***in JONESBORO***, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

The Court will extend the deadlines set by its previous order in this matter. The deadline for the completion of discovery is extended to ***August 24, 2009***, and all motions are to be filed no later than ***September 7, 2009.*** Pretrial disclosure sheets shall be filed by ***September 21, 2009.***

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 13th day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE