*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EDWARD JOSEPH, JR.

v.                              NO. 3:08CV00137 SWW

NATIONAL HEALTHCARE OF NEWPORT, INC.

**ORDER**

The Court has determined that the trial in this matter currently scheduled for October 19, 2009, should be continued due to the Court's scheduling conflicts. A motion for summary judgment is pending in this case, and a new trial date will be scheduled, if necessary, once the motion has been resolved.

DATED this 9th day of October 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE