IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD JOSEPH, JR.,                         *
                                            *
                Plaintiff,                  *
vs.                                         *        No. 3:08cv00137 SWW
                                            *
                                            *
NATIONAL HEALTHCARE OF                      *
NEWPORT, INC., a/k/a HARRIS                 *
HOSPITAL,                                   *
                                            *
                Defendant.                  *

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that summary judgment be granted as to Edward Joseph,

Jr.'s (Joseph) claims under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et*

*seq*., and the Family and Medical Leave Act, 29 U.S.C. §§ 2601 *et seq*., and that Joseph's state

law claim that his discharge was in violation of public policy be dismissed without prejudice.


        IT IS SO ORDERED this 4th day of January 2010.

                                /s/Susan Webber Wright

                                UNITED STATES DISTRICT JUDGE